WILLIAM M. BURROWS, Appellant, v. FRAZAR FOREIGN TRADE BUILDING, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HARRY BARON, Appellant, v. BUSH TERMINAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOZIER MOTOR COMPANY, Respondent, v. R. M. WINANS COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FIRST NATIONAL BANK OF MISSION, Respondent, v. ROBERT T. COCHRAN and Another, Doing Business under the Firm Name and Style of ROBERT T. COCHRAN & COMPANY, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of the NEWTOWN GAS COMPANY, Respondent, for a Writ of Certiorari to Review the Action of the Public Service Commission, etc. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

JACOB SCHECHTER and Another, Doing Business under the Firm Name and Style of AMERICAN COAT COMPANY, Appellants, v. JACOB COHEN and JACOB LEVINSON, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

ISIDORE BERNSTEIN, Appellant, v. FRANCES BERNSTEIN, an Infant, etc., Respondent.— Order modified by reducing alimony to twelve dollars per week and counsel fee to the sum of fifty dollars, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

In the Matter of the Application for the Probate of the Will of ANTONIO FALCO, Deceased. ANTHONY CONO FALCO, Executor, etc., Appellant; JENNIE LETTIERE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Clarke, P. J., dissenting.

ELLWOOD C. JACKSON, Respondent, v. JOHN K. JOICE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.

GENUINE PANAMA HAT WORKS, INC., Appellant, v. ALBERT MOSES and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.